**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

IN RE:

Jorge Clavijo,

        Case No.:23-14338-RAM
    Debtor.   /        Chapter 13

## MOTION FOR AUTHORITY TO REDEEM PERSONAL PROPERTY WITH SANTANDER CONSUMER USA INC. AND APPROVAL OF ASSOCIATED FINANCING AND ATTOREY FEES UNDER 11 U.S.C. 722

Debtor, Jorge Clavijo, ("Debtor"), by and through undersigned counsel, files this Motion for Authority to Redeem Personal Property with Santander Consumer USA Inc. and Approval of Associated Financing and Attorney Fees and states the following:

1. The item to be redeemed is tangible personal property intended primarily for personal, family or household use is more particularly described as follows:
   a. Year: 2013
   b. Make: Nissan
   c. Model: Rogue
   d. VIN: JN8AS5MV1DW659648

2. The interest of the Debtor in such property is exempt or has been abandoned by the estate and the debt (which is secured by said property to the extent of the allowed secured claim of the Creditor) is a dischargeable consumer debt.

3. The allowed secured claim of Santander Consumer USA Inc. ("Creditor") for purposes of redemption, the "redemption value", should be determined to be not more than $5,389.00 as evidenced by the attached written appraisal. (Exhibit "A")

4. Arrangements have been made by the Debtor to pay to the said Creditor up to the aforesaid amount in a lump sum should this motion be granted.

5. The payment for this proposed redemption is to be financed through Prizm Financial Co. LLC, with all of the particulars of that financing (interest rate, finance charge, amount financed, total payments, amount of payments, etc.) set forth in full detail in the attachment(s) hereto. (Exhibit

"B") As demonstrated there, the monthly amount, term of the payments and the overall amount of the repayment will be decreased significantly through the proposed redemption.

6. Debtor has further agreed to borrow and disperse additional funds in the amount of $600.00, from their loan with Prizm Financial Co. LLC, for representation of the Debtor in securing for the benefit of the Debtor an Order granting the Debtor the right to redeem under 11 U.S.C. 722 a certain motor vehicle, such compensation being in addition to that previously disclosed and being for services rendered beyond the scope of the legal services to have been rendered for such compensation heretofore disclosed.

WHEREFORE, Debtor Jorge Clavijo requests the Court to order the said Creditor to accept from the Debtor the lump sum payment of the redemption value and release their lien of record. In the event the said Creditor objects to the motion, the Debtor requests the Court to determine the value of the property as of the time of the hearing on such objection, and for any other relief deemed just and proper by the Court.

Respectfully submitted on July 25, 2023.

**Feldman Garcia Leshinsky & Miljus, LLC**
**Yevgeniy Feldman, Esq.**
By: /s/ Yevgeniy Feldman, Esq.
Florida Bar No. 1011633
Ph: 305-705-6844
Fax: 305-686-9868
8201 Peters Rd., Suite 1000,
Ft Lauderdale, FL 33324
efeldman@fglmlawgroup.com