UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

Jorge J Clavijo,                          Case no. 23-14338-RAM
                                          Chapter 7
    Debtor(s).    /

**SANTANDER CONSUMER USA INC.'S RESPONSE IN OPPOSITION TO
DEBTOR'S MOTION TO REDEEM COLLATERAL RE 2013 Nissan Rogue**

Santander Consumer USA Inc. ("CREDITOR"), a secured claimant, responds in opposition to Debtor's Motion to Redeem Collateral of CREDITOR re 2013 Nissan Rogue (DE 18):

1.  CREDITOR is a claimant against debtor, secured by a lien on a 2013 Nissan Rogue VIN: JN8AS5MV1DW659648.

2.  The debtor understates the value of the vehicle. The retail value of the vehicle is **$11,350.00**, per the N.A.D.A. Official Used Car Guide for August 2023, a copy of which is attached as Exhibit A.

3.  If the motion is granted, CREDITOR requests that debtor be required to make the lump sum payment to CREDITOR within 10 days of the date of the order and, if said payment is not received by CREDITOR within 10 days, CREDITOR be granted in rem stay relief.

    **I HEREBY CERTIFY** that I am admitted to the bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that on August 2, 2023, the foregoing were transmitted via ECF to the Office of the US Trustee, Jacqueline Calderin, Trustee, Yevgeniy Feldman, Esq., attorney for debtor & mailed to Jorge J Clavijo, debtor, 2899 Collins Ave, Apt 1615 Miami Beach, FL 33140.

        GERARD M. KOURI, JR., P.A.
        Attorney for Creditor
        5311 King Arthur Ave, Davie, FL 33331
        Tel (954) 862-1731; Fax  (954) 862-1732
            */s/ Gerard M. Kouri, Jr.*
By:_____
    GERARD M. KOURI, JR., ESQ. /
    FBN 375969

## N.A.D.A. Official Used Car Guide
## Automated Vehicle Valuation
Friday, July 28, 2023

| | | | |
|---|---|---|---|
| **Guide Edition:** August 2023 | | **Region:** Southeastern | |
| **Vehicle:** 2013 NISSAN | | | |
| Rogue | | **VIN:** JN8AS5MV1DW659648 | |
| Utility 4D S AWD 2.5L I4 | | **Weight:** 3,446 | |
| **Mileage:** 95,000 | | **MSRP:** $23,610.00 | |
| **Base Retail:** $8,625.00 | **Base Trade:** $5,875.00 | | **Base Loan:** $5,300.00 |

**Accessory Adjustments:**

|  | (Retail) | (Trade) | (Loan) |
|---|---|---|---|

**Mileage Adj.:** $2,725.00        **(Trade) Accessory Adj.:** $0.00

**Total N.A.D.A. Official Used Car Values**

| | | |
|---|---|---|
| **Retail:** $11,350.00 | **Trade:** $8,600.00 | **Loan:** $8,025.00 |

All NADA Values Reprinted With Permission Of
N.A.D.A. Official Used Car Guide Company  Copyright NADASC 1996

*(handwritten)* Exhibit A